

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHELLE COCHRAN,<br><br>Plaintiff<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION, JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, and MATTHEW G. WHITAKER, in his official capacity as Acting United States Attorney General,<br><br>Defendants. | CIVIL ACTION NO: 4:19-cv-00066-A<br><br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>FILED<br><br>FEB 11 2019<br><br>CLERK, U.S. DISTRICT COURT<br>By _____<br>Deputy |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Michelle Cochran hereby moves for a preliminary injunction enjoining Defendants from continuing a reinstituted administrative proceeding under the Order Instituting Administrative and Cease-and-Desist Proceedings (OIP) issued by Defendant U.S. Securities and Exchange Commission on April 26, 2016.

As set forth more fully in the Brief in Support of Plaintiff's Motion for Preliminary Injunction, a preliminary injunction is appropriate for all of the following non-exclusive reasons:

1.  There is a substantial likelihood that Ms. Cochran will succeed on the merits of her claim that SEC ALJs hold their offices in violation of Article II of the Constitution and that her current enforcement proceeding is therefore unconstitutional and void *ab initio*;

2.　　Ms. Cochran will suffer irreparable harm if the requested preliminary injunction is not issued and she is subjected to an unconstitutional administrative proceeding.

3.　　The harm that Ms. Cochran would suffer as a result of the denial of the injunction outweighs the harm, if any, Defendants would suffer if the injunction were granted.

4.　　A preliminary injunction will serve the public interest.

WHERFORE, Plaintiff prays this Court issue all process necessary and appropriate to:

A.　　Enjoin Defendants from the continuing administrative enforcement proceedings against Plaintiff under the April 26, 2016 OIP;

B.　　Grant such further and other relief as this Court deems just and proper.

Dated: February 8, 2019

Respectfully submitted,

By: _____/s/ Steven M. Simpson_____
　　　Steven M. Simpson

Steven M. Simpson, DC Bar No. 462553*
Margaret A. Little, CT Bar No. 303494*
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
Telephone: 202-869-5210
Fax: 202-869-5238
Email: steve.simpson@ncla.legal
Email: peggy.little@ncla.legal
*Admitted *pro hac vice*

Karen Cook (TX Bar No. 12696860)
Karen Cook, PLLC
1717 McKinney Avenue
Suite 700
Dallas, TX 75202
Telephone: 214-593-6429
Fax: 214-593-6410
Email: karen@karencooklaw.com

*Attorneys for Plaintiff Michelle Cochran*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I certify that on February 8, 2019, I had a telephonic conference with counsel for the Defendants in this action. Present in addition to myself were Chetan Patil and Cesar Lopez-Morales of the United States Justice Department.

Mr. Patil informed me that the Defendants oppose Plaintiff's motion for preliminary injunction because the Defendants disagree with the legal basis for Plaintiff's claims and arguments.

Respectfully submitted,

By: _____
Steven M. Simpson

Steven M. Simpson, DC Bar No. 462553*
Margaret A. Little, CT Bar No. 303494*
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
Telephone: 202-869-5210
Fax: 202-869-5238
Email: steve.simpson@ncla.legal
Email: peggy.little@ncla.legal
*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

      I certify that on this 9th day of February, 2019, I served copies of documents listed below on counsel for all Defendants in this action pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) delivering copies to the U.S. Postal service to be sent by mail to:

Chetan A. Patil
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street, NW
Room 12518
Washington, DC 20005

*Counsel for Defendants*


Documents served:

      Plaintiff's Motion for Preliminary Injunction including LR 7.1 certificate of conference

      Plaintiff's Brief in Support of Motion for Preliminary Injunction

      Plaintiff's Appendix in Support of Motion for Preliminary Injunction


_____
Steven M. Simpson
DC Bar No. 462553
Admitted *pro hac vice*