

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Original Copy**

MICHELLE COCHRAN,

                Plaintiff

v.

U.S. SECURITIES AND EXCHANGE
COMMISSION, JAY CLAYTON, in his
official capacity as Chairman of the U.S.
Securities and Exchange Commission, and
WILLIAM P. BARR, in his official capacity
as United States Attorney General,

                Defendants.

CIVIL ACTION NO: 4:19-cv-00066-A



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 8 2019
1:35 pm

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

## NOTICE OF APPEAL

Plaintiff Michelle Cochran appeals to the United States Court of Appeals for the Fifth

Circuit from the Court's Memorandum Opinion and Order entered March 25, 2019 (Doc. 21) and

the Final Judgment entered on the same day (Doc. 22) dismissing Plaintiff's case.

Dated: April 3, 2019

By: _____
      Steven M. Simpson

Steven M. Simpson, DC Bar No. 462553*
Margaret A. Little, CT Bar No. 303494*
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
Telephone: 202-869-5210
Fax: 202-869-5238
Email: steve.simpson@ncla.legal
Email: peggy.little@ncla.legal
*Admitted *pro hac vice*

Karen Cook (TX Bar No. 12696860)
Karen Cook, PLLC
1717 McKinney Avenue
Suite 700
Dallas, TX 75202
Telephone: 214-593-6429
Fax: 214-593-6410
Email: karen@karencooklaw.com

*Attorneys for Plaintiff Michelle Cochran*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of March, 2019, I served Plaintiff's Notice of Appeal on defendants by transmitting electronic copies to defendants' counsel and by mailing it via prepaid first-class mail to:

Chetan A. Patil
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street, NW
Room 12518
Washington, DC 20005

Steven M. Simpson
DC Bar No. 462553
Admitted *pro hac vice*

ORIGINAL

RECEIVED
APR - 8 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## ☀ New Civil Liberties Alliance

April 3, 2019

Clerk, U.S. District Court for the
Northern District of Texas, Fort
Worth Division
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Via: Federal Express

Re:   Cochran v. U.S. Securities and Exchange Comm'n et al.
      Case No. 4:19-cv-00066-A

Dear Clerk:

Enclosed for filing please find one original copy and one judge's copy of Plaintiff's Notice of Appeal, along with copies for all defendants.

Thank you.

Sincerely,

Steven M. Simpson