IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHELLE COCHRAN,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION, et al.,<br><br>    Defendants. | Civil Action No. 4:19-CV-66-A |

## NOTICE OF APPEARANCE

The undersigned hereby enters an appearance as counsel for Defendants.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    CHRISTOPHER R. HALL
    Assistant Branch Director
    Federal Programs Branch

    */s/ Chetan A. Patil*
    CHETAN A. PATIL
    DC Bar No. 999948
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box No. 883
    Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 305-4968
    Fax: (202) 616-8470
    Email: chetan.patil@usdoj.gov

    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I certify that Plaintiff's counsel of record are registered as ECF filers and they will be served by the CM/ECF system.

*/s/ Chetan A. Patil*
Chetan A. Patil
Trial Attorney