RECEIVED
By Tamara Ellis at 4:29 pm, May 17, 2023

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 17, 2023

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 19-10396   Cochran v. SEC  
                       USDC No. 4:19-CV-66

Dear Ms. Mitchell,

Attached please find the Supreme Court's Judgment affirming our court's judgment and opinion, reversing in part and remanding in part the case back to your court.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____  
                                 Melissa V. Mattingly, Deputy Clerk  
                                 504-310-7719

cc:  
    Mr. Daniel J. Aguilar  
    Mr. Bryan M. Clegg  
    Ms. Karen L. Cook  
    Mr. Samuel Wollin Cooper  
    Ms. Rebecca Cutri-Kohart  
    Ms. Allyson Newton Ho  
    Mr. Bradley G. Hubbard  
    Ms. Ashley E. Johnson  
    Ms. Margaret A. Little  
    Mr. Ashley Charles Parrish  
    Mr. Michael David Pepson  
    Mr. Joshua Marc Salzman  
    Mr. Jacob T. Spencer  
    Mr. Brian Walters Stoltz

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 16, 2023

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130

      Re:  SEC, et al.
           v. Michelle Cochran,
           No. 21-1239 (Your docket No. 19-10396)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      M. Altner
      Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 16, 2023

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Mr. Gregory George Garre, Esq.
Lanham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004

  Re: **SEC, et al.**
    **v. Michelle Cochran,**
    **No. 21-1239**

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

            Sincerely,

            SCOTT S. HARRIS, Clerk

            By

            M. Altner
            Assistant Clerk– Judgments

cc:  Clerk, USCA 5th Cir.
   (Your docket No. 19-10396)

# Supreme Court of the United States

No. 21–1239

SECURITIES AND EXCHANGE COMMISSION, ET AL.,

Petitioners

v.

MICHELLE COCHRAN

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

April 14, 2023



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States